# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE | ) | GENERAL ORDER |
| | ) | |
| ASSIGNMENT OF CASE TO | ) | No. 2005-16 |
| THE HON. JOE BILLY McDADE | ) | |

      Pursuant to the DESIGNATION AND ASSIGNMENT OF A UNITED STATES DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT dated March 3, 2005, and with the concurrence of United States District Judges Joseph F. Bataillon and Joe Billy McDade,

      **IT IS ORDERED:**

      1.    Effective immediately the following case is reassigned from Judge Bataillon to Judge McDade for the purposes of trial and any pending pretrial motions:

      **8:04CR447 USA v. Rogelio Rios-Lopez, Victor Jose Barraza Cazares and Ricardo Barraza**

      2.    The magistrate judge assignment will remain unchanged.

      3.    This above case will be called for trial in a courtroom to be designated in the Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska during the week of **June 20, 2005**, beginning at 1:00 p.m.

      **DATED: June 16, 2005**

      BY THE COURT:

      s/ Joseph F. Bataillon
      Chief Judge