IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 8:04CR447 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MEMORANDUM |
| | ) | AND ORDER |
| VICTOR JOSE BARRAZA CAZARES, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to NELR § 79.1(c) and the Standing Order Regarding Custody of Criminal Exhibits-Post Trial,

IT IS ORDERED that the exhibits offered or received into evidence in the above-entitled case are to be withdrawn from the clerk's office by the counsel who offered them and, thereafter, maintained in accordance with the Standing Order Regarding Custody of Criminal Exhibits-Post Trial.

DATED this 24th day of June, 2005.

BY THE COURT:

s/Joe B. McDade
United States District Judge