IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:04CR447 |
| Plaintiff, ) | |
| ) | |
| vs. ) | JUDGMENT OF DISMISSAL |
| ) | |
| VICTOR JOSE BARRAZA CAZARES, ) | |
| ) | |
| Defendant. ) | |

In accordance with the Memorandum and Order filed on this date,

IT IS ORDERED that the "Motion to Vacate under 28 U.S.C. § 2255" filed by the defendant, Victor Jose Barraza Cazares, is dismissed with prejudice.

DATED this 9th day of February, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge