IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:04CR447 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| VICTOR JOSE BARRAZA CAZARES, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the court's memorandum and order (Filing No. 189) denying the defendant a certificate of appealability, the court finds that the defendant is not permitted to proceed in forma pauperis.

DATED this 2nd day of March, 2009.

BY THE COURT:


s/ Joseph F. Bataillon
Chief United States District Judge