IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:04CR447 |
| vs. | |
| VICTOR JOSE BARRAZA CAZARES, | ORDER |
| Defendant. | |

This matter is before the Court on defendant Victor Jose Barraza Cazares's ("Cazares") Motion to Modify and Reduce Sentence (Filing No. 204) pursuant to 18 U.S.C. § 3582(c)(2). Cazares seeks a sentence reduction under Amendment 782 to the United States Sentencing Guidelines.

Following the procedure set forth in General Order 2014-09, the Court appoints the Federal Public Defender for the District of Nebraska, or one of his delegates under the Criminal Justice Act, to represent Cazares with respect to this Motion.

The Court also orders the Probation Office to prepare a retroactive sentencing worksheet on Cazares's eligibility for a reduction and the size of the reduction. Accordingly,

IT IS ORDERED:
1. The Federal Public Defender for the District of Nebraska, or one of his delegates under the Criminal Justice Act, shall represent Cazares with respect to this Motion.
2. The Probation Office shall prepare a retroactive sentencing worksheet on Cazares's eligibility for a reduction and the size of the reduction.
3. The progression of this case is held in abeyance until the Federal Public Defender or his delegate files a motion stating that the matter is ready for progression.

4.     The Clerk of Court is directed to provide the Federal Public Defender, the United States Attorney, and the Supervisory United States Probation Officer with notice of this Order and with a copy of General Order 2014-09.

5.     Appointed counsel shall promptly enter an appearance.

Dated this 12th day of October, 2017.

BY THE COURT:

s/ *Robert F. Rossiter, Jr.*
United States District Judge